JEFFRY GLENN, SBN 47357
BERMAN, GLENN & HAIGHT
5 Third Street, The Hearst Building, Suite 1100
San Francisco, CA 94103
Telephone: (415) 495-3950
Fax: (415) 495-6900
e-mail: sflawyers@earthlink.net

Attorneys for Defendant:
**BAO PHUNG**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> **BAO PHUNG**, ) <br> ) <br> Defendant. ) | Case No. CR 11-0097 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |

It is hereby Stipulated by the parties in the above-captioned matter that defendant herein, Bao Phung, be allowed to modify his pretrial release conditions as follows:

The conditions that the defendant comply with a curfew and submit to electronic monitoring are deleted.

Based upon Bao Phung's compliances thus far, his continued employment and the fact that he pled to a custodial sentence of less than three years, Mr. Anthony R. Granados, the Pretrial Services Officer assigned to this matter, stated that he has no objection to the conditions being modified to delete the conditions that defendant comply with a curfew and submit to electronic monitoring.

Date: September 13, 2011      By: _____/s/_____
                              Jeffry Glenn (SBN. #47357)
                              BERMAN, GLENN & HAIGHT
                              Attorney for Defendant,
                              Bao Phung

Date: September 13, 2011      By: _____/s/_____
                              Aaron D. Wegner
                              Assistant United States Attorney

**ORDER**

By Stipulation of the parties,

    IT IS HEREBY ORDERED that defendant Bao Phung's pretrial release conditions be modified to delete the conditions that he comply with a curfew and submit to an electronic monitoring.

Date: 09/16/2011

By: 
The Hon. Joseph C. Spero
United States Magistrate Judge