1   DORON WEINBERG (SBN 46131)
    Law Offices of Doron Weinberg
2   523 Octavia Street
    San Francisco, CA 94102
3   Telephone: (415) 431-3472
    Facsimile:  (415) 552-2703
4   Email: doronweinberg@aol.com

5   Attorney for Defendant
    BOB YUEN

6

7                        UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   **Case No. CR-11-0097 CRB**
                                     )
         Plaintiff,                  )   **STIPULATION MODIFYING**
11                                   )   **CONDITIONS OF PRETRIAL**
         vs.                         )   **RELEASE; (PROPOSED) ORDER**
12                                   )
                                     )
13  BOB YUEN, et. al.,               )
                                     )
14       Defendants.                 )
    ─────────────────────────────   )

15

16

17       IT IS HEREBY STIPULATED between the parties, Doron Weinberg, attorney for

18  Defendant Bob Yuen, and Assistant United States Attorney Aaron D. Wegner, for Plaintiff

19  United States of America, that the conditions of Defendant's pretrial release may be modified as

20  follows:

21       Defendant Bob Yuen, who is on electronic home monitoring may be permitted to be

22  away from his residence between the hours of 10:00 a.m. and 6:00 p.m. on Sunday, December

23  25,

    ///
24

25

    Stipulation Modifying Conditions of
26  Pretrial Release; (Proposed) Order
    (No. CR-11-0097 CRB)                    1

1   ///

2

3   2011, in order to spend the Christmas holiday with his family.

4

5                    LAW OFFICES OF DORON WEINBERG

6

7   Dated:  December 21, 2011        /s/ Doron Weinberg
                                  Attorney for Defendant BOB YUEN

8

9                          MELINDA HAAG
                          United States Attorney

10

11  Dated:  December 21, 2011     by:  /s/ Aaron D. Wegner
                              AARON D. WEGNER

12                          Assistant United States Attorney
                          Attorney for Plaintiff

13                          United States of America

14  **IT IS SO ORDERED:**

15

16  Dated:  1/4/12

17                     HONORA_____ERO
                     Magistrate Judge, United States District Court

18

19

20

21

22

23

24

25

26  Stipulation Modifying Conditions of
Pretrial Release; (Proposed) Order
(No. CR-11-0097 CRB)         2