SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannnon.com

Attorneys for Defendant
        LAP THE CHUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LAP THE CHUNG,<br><br>    Defendant. | No. CR 11-0097 CRB<br><br>STIPULATION AND [proposed]<br>ORDER TO PERMIT DEFENDANT<br>LAP THE CHUNG TO TRAVEL IN<br>EASTERN DISTRICT OF<br>CALIFORNIA |

      Defendant Lap The Chung has been released from custody in this matter on various terms and condition, and under the supervision of Pretrial Services. The Court has limited his travel to the Northern District of California.

      Mr. Chung wishes to travel with his wife and children during the children's spring break in mid-March 2012 to the Eastern District of California to visit family and friends. Mr. Chung's Pretrial Services Officer, Paul Mamaril, informed undersigned counsel for Mr. Chung that he has no objection to permitting Mr. Chung to travel to the Eastern District of California, so long as he informs him in advance of the dates of his travel and the place where he will stay.

      The parties STIPULATE that this Court may modify the conditions of Mr. Chung's pretrial release to permit him to travel in the Northern and Eastern Districts of California, so long

as he obtains advance approval from Pretrial Services for any travel into the Eastern District of California.

IT IS SO STIPULATED.

DATED: April 9, 2012            ____/s/_____
Robert Rees
Assistant United States Attorney

DATED: April 9, 2012            ____/s/_____
Scott A. Sugarman
Attorney for Lap The Chung

SO ORDERED.

DATE: April 9, 2012

_____
UNITED STATES MAGISTRATE JUDGE