DORON WEINBERG (SBN 46131)
Law Offices of Doron Weinberg
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
BOB YUEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-0097 CRB |
| Plaintiff, | **STIPULATION MODIFYING CONDITIONS OF PRETRIAL RELEASE; (~~PROPOSED~~) ORDER** |
| vs. | |
| CUONG MACH BINH TIEU, BOB YUEN, et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, through Assistant United States Attorney Robert D. Rees and defendant Bob Yuen, through his attorney Doron Weinberg, that the conditions of defendant's pretrial release may be modified to permit defendant to be away from his home on Sundays, between the hours of 12:00 noon and 8:00 p.m., for the purpose of spending time with his children. In all other respects the pretrial release order remains in effect, including the requirement that defendant remain on electronic

///

///

monitoring.

Dated: May 11, 2012
MELINDA HAAG
United States Attorney
Northern District of California

By: /s/ Robert D. Rees
ROBERT D. REES
Assistant United States Attorney

Dated: May 11 2012
LAW OFFICES OF DORON WEINBERG

/s/ Doron Weinberg
DORON WEINBERG
Attorney for Defendant BOB YUEN

**IT IS SO ORDERED:**

Dated: 5/11/12
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge