1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   ROBERT DAVID REES (CABN 229441)
5  Assistant United States Attorneys

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone: (415) 436-7210
     Facsimile: (415) 436-7234
8    E-Mail: robert.rees@usdoj.gov

9  Attorneys for the United States of America

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 11 0097 CRB
                                    )
14       Plaintiff,                 )
                                    )   STIPULATION AND [PROPOSED] /AS/
15       v.                         )   ORDER VACATING DEADLINE TO
                                    )   SUPERSEDE INDICTMENT
16 CUONG MACH BINH TIEU, et al.,    )
                                    )
17       Defendants.                )

18

19       At a recent hearing, the government represented that, in light of an upcoming July
20 30, 2012 trial involving defendants John Chew, Kwai Ping Wong, and Bao Tran, it
21 planned to supersede the indictment by the end of June. The Court signed a proposed
22 order submitted in association with that trial obligating the government to supersede no
23 later than June 29, 2012. The parties stipulate and agree that the government is hereby
24 relieved from that deadline.
25       Good cause for the request is that the parties expect shortly to move to continue the
26 trial date and refer the case for settlement to Magistrate Judge Beeler, and the deadline to
27 //
28 //

1 | supersede has acted as an impediment to any settlement discussions.

3 | IT IS HEREBY STIPULATED.

5 | DATED: June 25, 2012

MELINDA HAAG
United States Attorney

/s
AARON D. WEGNER
ROBERT DAVID REES
Assistant United States Attorneys

10 | DATED: June 25, 2012

/s
GALIA AMRAM PHILLIPS, ESQ.
Attorney for John Chew

12 | DATED: June 25, 2012

/s
SUZANNE LUBAN, ESQ.
Attorney for Kwai Ping Wong

14 | DATED: June 25, 2012

/s
MICHAEL STEPANIAN, ESQ.
RANDY SUE POLLOCK, ESQ.
Attorneys for Bao Tran

18 | IT IS HEREBY ORDERED.

20 | DATED: 6-27-12

*[signature]* For

HON. CHARLES R. BREYER
United States District Judge