| | |
|---|---|
| 1 | MICHAEL STEPANIAN |
| | Attorney at Law (CSBN 037712) |
| 2 | 819 Eddy Street |
| | San Francisco, CA 94109 |
| 3 | Telephone: (415) 771-6174 |
| | Facsimile: (415) 474-3748 |
| 4 | |
| | Attorney for Defendant |
| 5 | BAO TRAN |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR. 11-00097-CRB** |
| Plaintiff, | |
| vs. | **STIPULATION TO PERMIT OUT- OF- DISTRICT TRAVEL** ORDER |
| BAO TRAN | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian, attorney for Bao Tran, and Assistant United States Attorney Aaron Wegner that Mr. Tran be permitted out-of-district travel with family members. They will be departing early on August 12th by car to Sunset Beach, Oregon. They will camp there. They plan to return home in the evening of August 15th. During this time Mr. Tran can be reached by cell phone at (775) 813-5189.

///

///

///

Mr Stepanian has spoken to United States Pre-trial Services Officers, Amarilas Gonzalez and Jennifer Kaufman, and neither has an objection to this travel.

Date: August 7, 2012   /s/ Michael Stepanian
MICHAEL STEPANIAN
Counsel for Defendant
BAO TRAN

Date: August 7, 2012   /s/ Aaron Wegner
AARON WEGNER
Assistant United States Attorney

SO ORDERED:

August 9, 2012

~~ELIZABETH D. LAPORTE~~ LAUREL BEELER
United States Magistrate Judge

2