SCOTT A. SUGARMAN, State Bar No. 68277
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant LAP THE CHUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00097 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL** |
| v. | |
| LAP THE CHUNG, | |
| Defendant. | |

Lap The Chung may travel with his family to Bear Valley, CA, leaving Saturday, February 16, 2013 and returning Monday, February 18, 2013. Pretrial does not object to this trip. Before he departs, Lap The Chung shall provide Pretrial with his itinerary.

**SO STIPULATED**

Date: February 15, 2013 /s/
Scott A. Sugarman
Attorney for Lap The Chung

Date: February 15, 2013 /s/
Robert Rees
Assistant United States Attorney

**SO ORDERED**.

Date: February 15, 2013 The Honorable
United States

*Judge Maria-Elena James*

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR 11-00097 CRB                                                                 Page 1 of 1