1  SCOTT A. SUGARMAN (No. 68277)
2  SUGARMAN & CANNON
   180 Montgomery St., Suite 2350
3  San Francisco, CA. 94104
   Telephone: (415) 362-6252
4  Facsimile: (415) 362-6431
5
   Attorneys for Defendant
6       LAP THE CHUNG
7
8                    IN THE UNITED STATES DISTRICT COURT
9
10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                            SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )    No. CR 11-0097 CRB
                                     )
13         Plaintiff,                )
                                     )    **LAP THE CHUNG'S [proposed]**
14  v.                               )    **ORDER EXONERATING BAIL**
                                     )
15                                   )
    LAP THE CHUNG,                   )
16                                   )
                                     )
17         Defendant.                )

18  TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT:

19       On March 13, 2013, this Court sentenced Mr. Chung in the above-entitled action. While

20  this prosecution was pending, property had been posted in connection with Mr. Chung's release

21  from custody.  As documented in the Presentence Report, Mr. Chung complied with the

22  conditions of pretrial release during his two years on pretrial release.

23       GOOD CAUSE APPEARING, it is hereby ORDERED that bail be exonerated, and the

24  Clerk of the Court is hereby ORDERED to return the property posted as security for Mr. Chung's

25  release to the sureties/owners.

26  DATED:  March 25, 2013
27
28                                       _____
                                         United State[s]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*