DORON WEINBERG (SBN 46131)
Law Offices of Doron Weinberg
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
BOB YUEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-11-0097 CRB** |
| Plaintiff, | **ORDER EXONERATING BAIL** |
| vs. | |
| BOB YUEN, et. al., | |
| Defendants. | |

Defendant Bob Yuen having been sentenced by this Court on March 6, 2013,

IT IS ORDERED that the bail be exonerated and the property posted as security for defendant's release be transferred by the Clerk of the Court to the Sureties/Owners.

Dated:  April 10, 2013

_____
HONORABLE CHARLES R. BREYER
Judge, United States District Court

(Proposed) Order
Exonerating Bail (CR-11-0097 CRB)