UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:11-CR-00097-2 CRB (JCS) |
| Plaintiff, | **CJA CONTRIBUTION ORDER** |
| v. | |
| LAP THE CHUNG, | |
| Defendant. | |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C. Section 3006(A),

IT IS HEREBY ORDERED THAT:

X    The defendant is liable for a contribution of fifty (50) percent of all future CJA fees until the case is concluded or until further order of Court, commencing:

    X    After payment of Scott Sugarman's Fourth Interim Voucher;

    ____ The first day of ____ and the first day of each month thereafter.

**Please indicate that this is a CJA payment and include the case number as shown above.**

Payments shall be mailed to : Clerk, U.S. District Court
450 Golden Gate Ave.
PO Box 36060
San Francisco, CA 94102

X    The defendant is liable for a one-time contribution of $24,274.98 due within ninety (90) days of **May 2, 2013.**

**Please indicate that this is a CJA payment and include the case number as shown above.**

Payments shall be mailed to : Clerk, U.S. District Court
450 Golden Gate Ave.
PO Box 36060
San Francisco, CA 94102

IT IS SO ORDERED.

Dated: May 7, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge